No. 74–1520.  ELROD, SHERIFF, ET AL. *v.* BURNS ET AL.
C. A. 7th Cir.  [Certiorari granted, 423 U. S. 821.]
Motion of Public Citizen for leave to file a brief as
*amicus curiae* granted.

No. 74–6257.  GREGG *v.* GEORGIA.  Sup. Ct. Ga.;
No. 75–5394.  JUREK *v.* TEXAS.  Ct. Crim. App. Tex.;
No. 75–5491.  WOODSON ET AL. *v.* NORTH CAROLINA.
Sup. Ct. N. C.;
No. 75–5706.  PROFFITT *v.* FLORIDA.  Sup. Ct. Fla.;
and
No. 75–5844.  ROBERTS *v.* LOUISIANA.  Sup. Ct. La.
[Certiorari granted, 423 U. S. 1082.].  Motion of the
Solicitor General for leave to participate in oral argu-
ment as *amicus curiae* granted and 45 additional minutes
allotted for that purpose.

No. 75–62.  RUNYON ET UX., DBA BOBBE'S SCHOOL *v.*
MCCRARY ET AL.;
No. 75–66.  FAIRFAX-BREWSTER SCHOOL, INC. *v.* GON-
ZALES ET AL.; and
No. 75–278.  SOUTHERN INDEPENDENT SCHOOL ASSN.
*v.* MCCRARY ET AL.  C. A. 4th Cir.  [Certiorari granted,
423 U. S. 945.]  Motion of Anti-Defamation League of
B'nai B'rith et al. for leave to file a brief as *amici curiae*
in No. 75–62 granted.  Motions of Council for American
Private Education et al. and National Education Assn.
for leave to file briefs as *amici curiae* granted.

No. 75–104.  UNITED JEWISH ORGANIZATIONS OF WIL-
LIAMSBURGH, INC., ET AL. *v.* CAREY, GOVERNOR OF NEW
YORK, ET AL.  C. A. 2d Cir.  [Certiorari granted, 423
U. S. 945.]  Motion of respondents NAACP et al. for
additional time and divided argument granted and 15
additional minutes allotted for that purpose.  Petitioners
also allotted 15 additional minutes for oral argument.